UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT McGOWTY<br>    Plaintiff<br><br>V.<br><br>NOLAN ASSOCIATES, LLC, d/b/a<br>BOSTON HARBOR CRUISES<br>    Defendant | Civil Action<br><br>No. _____ |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL

Now comes the Plaintiff in the above-entitled matter and by and through his attorneys submits Plaintiff's Complaint and Demand for Jury Trial.

### THE PARTIES

1. The Plaintiff, Scott McGowty is a resident of Clifton Park, State of New York.

2. The Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, is a limited liability company duly organized under the laws of Massachusetts.

3. The Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, has a principal place of business in Boston, Massachusetts.

4. Upon information and belief, none of the Defendant's, Nolan Associates, LLC, d/b/a/ Boston Harbor Cruises', members are citizens of the State of New York.

5. Hornblower Cruises and Events, LLC is a limited liability company organized and existing under the laws of the State of Delaware.

6. Upon information and belief, Hornblower Cruise and Events, LLC, is not a member of the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises.

## JURISDICTION

7. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

8. In the alternative, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

## GENERAL FACTUAL ALLEGATIONS

9. On or about August 28, 2017, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises owned a 65 foot passenger vessel named, CODZILLA.

10. On or about August 28, 2017, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises offered passengers excursions on the CODZILLA in the Boston Harbor.

11. On or about August 28, 2017, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises operated the CODZILLA.

12. On or about August 28, 2017, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises controlled the CODZILLA.

13. The Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises chartered CODZILLA from some other person or entity such that, on or about August 28, 2017, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises was the owner pro hac vice of CODZILLA.

14. On or about August 28, 2017, the CODZILLA was in navigable waters in Boston Harbor.

15. On or about August 28, 2017, the Plaintiff, Scott McGowty was a paying passenger aboard the CODZILLA.

16. On or about August 28, 2017, the CODZILLA was operated into a large wave/wake, launching the Plaintiff, Scott McGowty, upwards and then back down into his seat, which caused serious and permanent personal injuries, including, but not limited to, fracture(s) of his spine

17. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Scott McGowty was exercising due care.

## COUNT I-NEGLIGENCE
### Scott McGowty v. Nolan Associates, LLC, d/b/a Boston Harbor Cruises

18. The Plaintiff reiterates the allegations set forth in paragraphs 1-17 above.

19. The personal injuries sustained by the Plaintiff, Scott McGowty, were not caused by any fault on his part, but were caused by the negligence of the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, including without limitation in the following manner:

    a. Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, negligently operated the CODZILLA when it knew or should have known that the conditions created an unreasonable risk of passengers being injured;

    b. Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, negligently failed to operate the CODZILLA with due care so as to prevent injury to passengers;

    c. Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, negligently failed to equip the CODZILLA with reasonably safe seating for sea conditions that it knew or reasonably should have known the vessel would encounter during the excursion.

    d.  Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, negligently failed to warn passengers of the risk of injuries;

    e.  Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, negligently failed to follow proper safety precautions, procedures and/or operations to avoid injury to passengers;

    f.  Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees, were further negligent in other respects as may be revealed during discovery and shown at trial.

20. As a result of said injuries, the Plaintiff, Scott McGowty, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages, as will be shown at trial.

    WHEREFORE, the Plaintiff demands judgment against the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees for all damages, recoverable under the law against the Defendant, together with interest and costs.

**COUNT II- GROSS NEGLIGENCE, WILLFUL, WANTON, RECKLESS CONDUCT**
**Scott McGowty v. Nolan Associates, LLC, d/b/a Boston Harbor Cruises**

21. The Plaintiff reiterates the allegations set forth in paragraphs 1-17 above.

22. The personal injuries sustained by the Plaintiff, Scott McGowty, were not caused by any fault on his part, but were caused by the gross negligence, willful, wanton or outrageous conduct, reckless indifference for the rights of others and criminal indifference by the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees.

23. Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees had knowledge and/or notice that multiple previous CODZILLA passengers

suffered personal injuries, including but not limited to, injuries to the spine, fractures of the spine, burst spinal discs, fractures of other bones and/or other personal injuries, when the CODZILLA was operated into waves/wakes during the excursion.

24. Plaintiff, Scott McGowty, had no knowledge and/or notice that prior passengers had suffered such injuries during the CODZILLA excursion, nor did he receive any warning and/or notice from Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees that such injuries were possible during the CODZILLA excursion.

25. Despite having knowledge and/or notice that prior passengers suffered such serious and permanent injuries during the CODZILLA excursion when the vessel was operated into waves/wakes, the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, its agents, servants and/or employees were grossly negligent, engaged in willful, wanton or outrageous conduct, reckless indifference for the rights of others and criminal indifference to others, including without limitation in the following manner:

    a. by failing to change operating procedures and/or practices to prevent similar injury to future passengers on the CODZILLA;

    b. by failing to change, alter and/or modify the CODZILLA, its appurtenances and/or equipment so that it was reasonably safe to passengers for sea conditions that it planned, knew, or reasonably should have known, that the vessel would encounter during the excursion.

    c. by failing to disclose and/or warn CODZILLA passengers of the dangers and/or risks of injuries to their bodies which include but are not limited to injuries to the spine, fractures of the spine, bursting of the discs, fractures of other bones and/or other personal injuries;

    d. by continuing to operate the CODZILLA without due care to prevent injury to passengers;

    e. by failing to follow reasonable safety precautions, procedures and operations to avoid injury to passengers;

    f. by failing to train or otherwise instruct the masters of the CODZILLA in reasonably safe operating procedures and/or practices to prevent similar injury to future passengers on the CODZILLA;

    g. by failing to protect the safety of the passengers;

    h. and in other respects as may be revealed during discovery and shown at trial.

26. As a result of said injuries, the Plaintiff, Scott McGowty, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages, including but not limited to punitive damages, as will be shown at trial.

    WHEREFORE, the Plaintiffs demands judgment against the Defendant, Nolan Associates, LLC, d/b/a Boston Harbor Cruises, for all damages recoverable under the law against the Defendant, including but not limited to compensatory and punitive damages, together with interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED HEREIN.**

                                      Respectfully submitted for the
                                      the Plaintiff, SCOTT MCGOWTY
                                      by his attorney,

Dated:  6/19/2020

                                      /s/ Jonathan E. Gilzean
                                      Carolyn M. Latti, BBO #567394
                                      Jonathan E. Gilzean, BBO # 679164
                                      Latti & Anderson LLP
                                      30-31 Union Wharf
                                      Boston, MA 02109
                                      (617) 523-1000